

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**,

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

## O R D E R

Appellant R.H.'s motion for extension of time is GRANTED. We ORDER Appellant R.H. to file her brief on or before April 10, 2022. No further extensions of time will be granted.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court